IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> LUNDBECK LLC, *et al.*, <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 3:22-cv-422–HEH <br> ) <br> ) <br> ) <br> ) |

**ORDER**
(Resolving Motions and Closing the Case)

THIS MATTER is before the Court on Defendant Lundbeck, Theracom, and Adira's separate Motions to Dismiss (ECF Nos. 32, 33, 36), filed on September 14, 2022; Plaintiffs' Motion for Temporary Restraining Order ("TRO") and Preliminary Injunction (ECF No. 74), filed on January 4, 2023; and Plaintiffs' Motion to Supplement Complaint (ECF No. 87), filed on February 8, 2023. For the reasons fully stated in the accompanying Memorandum Opinion, Defendants' Motions to Dismiss (ECF Nos. 32, 33, 36) are GRANTED; Plaintiffs' Motion for TRO and Preliminary Injunction (ECF No. 74) is DENIED; Plaintiffs' Motion to Supplement Complaint (ECF No. 87) is GRANTED; and Plaintiffs' Complaint is DISMISSED with prejudice. The Clerk is directed to send a copy of the Memorandum Opinion and Order to all counsel of record.

This case is CLOSED. It is so ORDERED.

                                                         /s/
                                        Henry E. Hudson
                                        Senior United States District Judge

Date: **March 24, 2023**
Richmond, Virginia