IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MSP RECOVERY CLAIMS, SERIES )
LLC, *et al.*, )
      Plaintiffs, )
       )
v. )   Civil Action No. 3:22-cv-422–HEH
       )
LUNDBECK LLC, *et al.*, )
       )
      Defendants. )

**ORDER**
(Denying Plaintiffs' Motion to Alter or Amend Judgment,
or for Relief from Judgment)

THIS MATTER is before the Court on Plaintiffs' "Motion to Alter or Amend Judgment or for Relief from Judgment" (the "Motion," ECF No. 95), filed on April 21, 2023. For the reasons full stated in the accompanying Memorandum Opinion, Plaintiffs' Motion is DENIED.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to all counsel of record.

It is so ORDERED.

                                        /s/
                                Henry E. Hudson
                                Senior United States District Judge

Date: January 2, 2024
Richmond, Virginia