IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MSP RECOVERY CLAIMS, SERIES )
LLC, *et al.*, )
      Plaintiffs, )
)
v. ) Civil Action No. 3:22-cv-422–HEH
)
LUNDBECK LLC, *et al.*, )
)
      Defendants. )

## ORDER
### (Dismissing Claims Without Prejudice)

THIS MATTER is before the Court on remand from the United States Court of Appeals for the Fourth Circuit. (ECF No. 123.) The Fourth Circuit reversed the Court and directed that Plaintiffs' claims on behalf of unidentified assignors be dismissed without prejudice because Plaintiffs lack standing to bring claims on their behalf. (ECF No. 119 at 15, 32.) In accordance with the Fourth Circuit's directive, Plaintiffs' claims on behalf of unidentified assignors are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                                   /s/
                                                Henry E. Hudson
                                                Senior United States District Judge

Date: April 7, 2025
Richmond, Virginia